The People of the State of Illinois, defendant in error, v. John Niemi, plaintiff in error. Gen. No. 6,963.

Prosecution as second offender for violation of section 127 of the Criminal Code by permitting gaming in a building occupied by him. Defendant convicted and sentenced to pay fines and be imprisoned. Error to the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

J. A. Miller and Johnson & Herr, for plaintiff in error. Ashbel V. Smith and Albert L. Hall, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.